

## Case Assignment
## Standard Criminal Assignment

Case number **3:16CR-149-JHM**

Assigned : Chief Judge Joseph H. McKinley Jr.
Judge Code : 4414

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 11/16/2016 12:27:31 PM
Transaction ID: 6547

Return