UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**v.**                     **CRIMINAL ACTION NO.: 3:16-cr-00149-RGJ**

*ELECTRONICALLY FILED*

## DEFENDANT MOHAMMED AL ASAI'S MOTION IN LIMINE NO. 2
## TO PRECLUDE THE INTRODUCTION INTO EVIDENCE
## "COMPUTER GENERATED RED FLAGS"

**MOHAMMED AL ASAI**                                                   **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

Comes the Defendant, MOHAMMED AL ASAI, through counsel, WILLIAM M. BUTLER, JR., and requests this Honorable Court to preclude the introduction into evidence "computer generated red flags" that preceded the investigation.

Mr. Al Asai is charged with one count of SNAP Fraud and two counts of Wire Fraud occurring during the indictment period. The United States purports to introduce "computer generated red flags" allegedly showing that Mr. Al Asai's SNAP sales are outside statistical norms. This evidence is irrelevant pursuant to FRE 40l and prejudicial to the Defendant per FRE 403.

This testimony is uniquely pernicious because it is cloaked as science. The jury will wrongfully give this "scientific evidence" more weight than it deserves to Mr. Asai's prejudice.

Further, an expert in statistical analysis would be necessary to lay a foundation for the

introduction of this evidence. No expert has been identified.

        Respectfully submitted,

        s/ William M. Butler, Jr.
        William M. Butler, Jr.
        Counsel for Defendant Mohammed Al Asai
        500 W. Jefferson Street
        Suite 1520
        Louisville, Kentucky 40202
        (502) 582-2020 (Telephone)
        (502) 583-8007 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2018 I filed the foregoing through the ECF System, which will send a notice of electronic filing to the Honorable Amanda Gregory, Assistant United States Attorney and to the Honorable Jessica R.C. Malloy, Assistant United States Attorney.

        s/ William M. Butler, Jr.
        WILLIAM M. BUTLER, JR.