**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                         **PLAINTIFF**

**v.**                  **CRIMINAL ACTION NO.: 3:16-cr-00149-RGJ**
*Electronically Filed*

**NOTICE OF APPEAL**

**MOHAMMED AL ASAI**                           **DEFENDANT**

**\* \* \* \* \***

Notice is hereby given that MOHAMMED AL ASAI, Defendant in the above styled case, hereby appeals the Judgment and sentence imposed by the District Court in its Judgment entered February 27, 2019, to the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted,

/s/ J. Clark Baird
J. CLARK BAIRD
Attorney at Law
969 Barret Ave
Louisville Ky 40204
(502) 583-3388
jclarkbaird@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via ECF this 9th day of March, 2019, which will send a notice of electronic filing to the Honorable Amanda Gregory, Assistant United States Attorney and to the Honorable Jessica R.C. Malloy, Assistant United States Attorney.

/s/ J. Clark Baird
J. CLARK BAIRD