**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **CRIMINAL NO. 3:16CR-149-JHM** |
| | *Electronically Filed* |
| **MOHAMMED AL ASAI** | **DEFENDANT** |

**MOTION FOR FINAL DECREE**
**AND ORDER OF FORFEITURE**

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

Respectfully submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097
amy.sullivan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 20th, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney