UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:16-CR-149-1-RGJ                    ***ELECTRONICALLY FILED***

UNITED STATES OF AMERICA                              PLAINTIFF

vs.

MOHAMMED AL ASAI                                       DEFENDANT

and

FIFTH THIRD BANK
and its successors and assigns                         GARNISHEE

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

The United States of America, plaintiff, requests that this Court issue a

Writ of Continuing Garnishment against the substantial nonexempt property of

the Defendant Mohammed Al Asai, pursuant to 28 U.S.C. § 3205 and 18 U.S.C.

§ 3613(a):

The judgment debtor is Mohammed Al Asai.  The judgment debtor's social

security number is ***-**-8591.  The judgment debtor's last known address is

Louisville, KY 40214.[1]

---

[1] The defendant's social security number and street address have been redacted in accordance with the Eastern and Western Districts of Kentucky Notice of Electronic Availability of Criminal Case File Information, dated October 27, 2004.

On February 21, 2019, the defendant was sentenced in the above-styled case requiring the defendant to pay $637,997.62, as a result of defendant's violation of federal criminal law.

The sum of $1,200.00 has been credited to the judgment debt, leaving a total balance due in the amount of $636,797.62.

Not less than 30 days has lapsed since demand on the debtor for payment of the debt was made, and the judgment defendant has not paid the amount due.

The garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the debtor has a substantial nonexempt interest. ***To the extent the property owed by Garnishee is wages,*** this Writ of Continuing Garnishment is intended to compel the Garnishee to pay to the United States twenty-five percent (25%) of the disposable earnings of the Defendant, Mohammed Al Asai, pursuant to 28 U.S.C. § 3002(9).

The name and address of the garnishee or authorized agent is:

Fifth Third Bank
Attn: Legal Entry/Garnishment IMOC2Q
5050 Kingsley Drive
Cincinnati, OH 45227

Under the Federal Debt Collection Procedures Act, "if the court determines that the requirements of [section 3205] are satisfied, the court shall

issue an appropriate writ of garnishment."  28 U.S.C. § 3205(c)(1).  The requirements of 28 U.S.C. § 3205 and 18 U.S.C. § 3613(a) are met.

Wherefore, the United States respectfully requests that the Court issue the tendered Writ of Continuing Garnishment in accordance with 28 U.S.C. § 3205(c)(1).

Dated:  June 25, 2019

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney


 *s/ Nicole S. Elver*
Nicole S. Elver
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone No: (502) 582-5166
Fax No: (502) 625-7110

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:16-CR-149-1-RGJ                    ***ELECTRONICALLY FILED***

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.

MOHAMMED AL ASAI                                                   DEFENDANT

and

FIFTH THIRD BANK
and its successors and assigns                                      GARNISHEE

## WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:

**Fifth Third Bank**
**Attn: Legal Entry/Garnishment IMOC2Q**
**5050 Kingsley Drive**
**Cincinnati, OH 45227**
**(Garnishee)**

Pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205 and 18 U.S.C. § 3613(a), the United States having filed an Application for Writ of Continuing Garnishment against the property of the judgment debtor, Mohammed Al Asai (hereinafter "debtor"), whose last known address is Louisville, KY 40214; a criminal judgment having been entered in the above-

styled action requiring the defendant to pay $637,997.62, as a result of defendant's violation of federal criminal law; the debtor presently owing the amount of $636,797.62; and the Application of the United States having met the requirements of 28 U.S.C. § 3205 and 18 U.S.C. § 3613(a);

YOU ARE HEREBY COMMANDED AS FOLLOWS:

1. You shall withhold and retain any property (including any wages, monies and/or commissions) payable to the debtor, Mohammed Al Asai, in which the debtor has a substantial nonexempt interest and for which you are or may become indebted to the judgment debtor pending further order of the Court.  28 U.S.C. §§ 3002(12), 3014, 3205(c)(2)(F).

2. You are required by law to answer in writing, under oath, within ten (10) days:

   (A) Whether you the garnishee has custody, control or possession of property subject to the writ;

   (B) A description of such property and the value of such interest;

   (C) A description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt;

   (D) The amount of the debt you the garnishee anticipate owing the judgment debtor in the future and whether the period for payment will be weekly or another specified period.  28 U.S.C. § 3205(c)(4).

3. You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Court, Gene

2

Snyder Courthouse, 601 W. Broadway, 1st Floor, Louisville, KY 40202. YOU MUST ANSWER THE WRIT EVEN IF YOU DO NOT HAVE IN YOUR CUSTODY, CONTROL OR POSSESSION ANY PROPERTY OF THE DEBTOR.  28 U.S.C. § 3205(c)(4).

4.   You must also serve a copy of your answer to the writ on both the United States Attorney's Office, 717 West Broadway, Louisville, KY 40202; AND upon the debtor at the debtor's last known address.

5.   Pursuant to 15 U.S.C. § 1674, you are prohibited from discharging the debtor from employment by reason of the fact that the debtor's earnings are being garnished.

6.   If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court.  If you fail to appear or if you appear and fail to show good cause why you did not comply with this writ, the Court may enter a judgment against you for the value of the debtor's nonexempt property.  28 U.S.C. § 3205(c)(6).  Additionally, you may be held liable for reasonable attorney fees to the United States of America.  It is unlawful to pay or deliver to the debtor any item attached by this writ.

3

Questions are to be directed to counsel for the United States to Nicole S. Elver, United States Attorney's Office, 717 West Broadway, Louisville, KY 40202.


_____          _____
Date                                          United States District Court
                                              Vanessa L. Armstrong, Clerk


                                              By: _____
                                                  Deputy Clerk

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:16-CR-149-1-RGJ                    ***ELECTRONICALLY FILED***

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.

MOHAMMED AL ASAI                                                   DEFENDANT

and

FIFTH THIRD BANK
and its successors and assigns                                      GARNISHEE

## CLERK'S NOTICE TO DEBTOR REGARDING GARNISHMENT

You are hereby notified that property is being taken by the United States Government, which has a criminal judgment in the above-styled action in the amount of $637,997.62, as a result of defendant's violation of federal criminal law.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the United States Government if the defendant can show that any of the exemptions apply. For a summary of the major exemptions which apply in most situations, please refer to the attached Exemptions Claim Form, which contains a statement

summarizing the elections available and the types of property that may be exempted under 18 U.S.C. § 3613(a).

If you are Mohammed Al Asai, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the exemptions or if you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice.  You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at United States District Court, Gene Snyder Courthouse, 601 W. Broadway, 1st Floor, Louisville, KY 40202.  If you wish, you may use the attached Debtor's Request Regarding Garnishment and mail this request to the Clerk of the Court.  You must also send a copy of your request to the United States Attorney's Office, 717 West Broadway, Louisville, KY 40202, so the Government will know you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.  If your property has been taken pursuant to a Writ of Execution, if you do not request a hearing within 20 days of receiving this notice, your property may be sold at public auction and the payment used toward the money you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding be transferred by the court to the Federal judicial district in which you reside.  If you wish, you may use the attached Debtor's Request Regarding Garnishment and mail this request to the Clerk of the Court. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at United States District Court, Gene Snyder Courthouse, 601 W. Broadway, 1st Floor, Louisville, KY 40202.  You must also send a copy of your request to the United States Attorney's Office, 717 West Broadway, Louisville, KY 40202, so that the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court.  The clerk is not permitted to give legal advice, but can refer you to other sources of information.

_____
Date

_____
United States District Court
Vanessa L. Armstrong, Clerk

By: _____
    Deputy Clerk

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:16-CR-149-1-RGJ                    ***ELECTRONICALLY FILED***

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.

MOHAMMED AL ASAI                                               DEFENDANT

and

FIFTH THIRD BANK
and its successors and assigns                                   GARNISHEE

### DEBTOR'S REQUEST FOR HEARING REGARDING GARNISHMENT

[  ]    **Request for Hearing:**    I request that the Court hold a hearing in this
        matter because:

   [  ]    The property the United States is taking is exempt under an
           applicable exemption.  I have completed the attached Exemptions
           Claim Form.

   [  ]    The United States has not complied with the following statutory
           requirement(s) for the issuance of post-judgment remedy granted
           by the Court:

           _____

           _____

   [  ]    If the judgment is by default, I do not owe the money which the
           United States says I owe.

**[  ]  Request for Transfer:**   I request this proceeding be transferred to the district where I reside, which is the _____ District of _____ (name of state).  (Do not check this box if you reside in the Western District of Kentucky.)


Date: _____          Signature: _____

                                 Printed Name: _____

                                 Street Address: _____

                                 City: _____

                                 State: _____

                                 Zip Code: _____

                                 Home Phone: _____

                                 Daytime Phone: _____

                                 Cell Phone: _____


RETURN ORIGINAL OF THIS REQUEST TO:

United States District Court
Gene Snyder Courthouse
601 W. Broadway, 1st Floor
Louisville, KY 40202


SEND COPY OF THIS REQUEST TO:

Nicole S. Elver
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202

# FEDERAL EXEMPTIONS CLAIM FORM

*EXPLANATION:   You may elect to exempt certain property from execution by the United States. 18 U.S.C. § 3613(a).  You may use the attached Exemptions Claim Form if you intend to claim any exemptions.*

*18 U.S.C. § 3613(a), the federal statute governing liens arising from criminal fines and restitution obligations, generally incorporates the exemptions available to individual taxpayers under § 6334(1), (2), (3), (4), (5), (6), (7), (8), (10), and (12) of the Internal Revenue Service Code.*

*If you choose to claim any of the following exemptions, please complete the attached Exemptions Claim Form.*

**1.  Wearing apparel and school books.**  Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family;

**2.  Fuel, provisions, furniture, and personal effects.**  So much of the fuel, provisions, furniture, and personal effects in the debtor's household, and of the arms for personal use, livestock, and poultry of the debtor's, as does not exceed $9,540 in value;

**3.  Books and tools of a trade, business, or profession.**  So many of the books and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $4,770 in value;

**4.  Unemployment benefits.**  Any amount payable to an individual with respect to his/her unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

**5.  Undelivered mail.**  Mail, addressed to any person, which has not been delivered to the addressee.

**6.  Certain annuity and pension payments.**  Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. § 1562), and annuities based on retired or retainer pay under chapter 73 of Title 10 of the United States Code.

**7.  Workmen's compensation.**  Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or of the Commonwealth of Puerto Rico.

6

**8.  Judgments for support of minor children.**  If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

**9.  Certain service-connected disability payments.**  Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under (A) subchapter II, III, IV, V or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such Title 38.

**10.  Assistance under Job Training Partnership Act.**  Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. § 1501 et seq.) from funds appropriated pursuant to such Act.

**11.  Minimum exemptions for wages, salary and other income.**  The exemptions under 26 U.S.C. § 6334(a)(9) do not apply in federal; criminal cases.  The exceptions under the Consumer Credit Protection Act, 15 U.S.C. § 1673, for disposable earnings, automatically apply and do not need to be claimed.  The aggregate disposable earnings of an individual for any work week which is subjected to garnishment may not exceed (1) 25% of his/her disposable earnings for that week, or (2) the amount by which his/her disposable earnings for that week exceed thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

The statements made in this claim regarding exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and accurate.

# EXEMPTIONS CLAIM FORM

United States vs. Mohammed Al Asai
Court No. 3:16-CR-149-1-RGJ

I claim the following exemptions:

| Exemption Number | Description of Property | Value of Property |
|---|---|---|
| | | |

The statements made in this Exemptions Claim Form and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

_____
Defendant's Name – Printed or Typed

_____          _____
Defendant's Signature                                    Date